1   Heather L. Rosing, Bar No. 183986
    Gregor A. Hensrude, Bar No. 226660
2   Robert M. Shaughnessy, Bar No. 174312
3   KLINEDINST PC
    501 West Broadway, Suite 600
4   San Diego, California  92101
    (619) 239-8131/FAX (619) 238-8707
5   hrosing@klinedinstlaw.com
    ghensrude@klinedinstlaw.com
6   rshaughnessy@klinedinstlaw.com

7   Attorneys for Defendant
    SCHROETER GOLDMARK &
8   BENDER, P.S.

9            UNITED STATES DISTRICT COURT

10          SOUTHERN DISTRICT OF CALIFORNIA

11

12  WELK RESORT GROUP, INC., a        Case No.   3:17-cv-01499-L-AGS
    California corporation; and WELK
13  RESORTS PLATINUM OWNERS           **DECLARATION OF ROBERT M.**
    ASSOCIATION, a California non-    **SHAUGHNESSY IN SUPPORT OF**
14  profit corporation,               **DEFENDANT SCHROETER**
                                      **GOLDMARK & BENDER, P.S.'S**
15              Plaintiffs,           **SPECIAL MOTION TO STRIKE**
                                      **PLAINTIFFS' FIRST AMENDED**
16       v.                           **COMPLAINT [CAL. CODE CIV.**
                                      **PROC. § 425.16]**
17  REED HEIN & ASSOCIATES,
    LLC, dba TIMESHARE EXIT           Date:            October 30, 2017
18  TEAM, a Washington limited        Time:            11:00 a.m.
    liability company; SCHROETER      Courtroom:       5B
19  GOLDMARK & BENDER, P.S.,          Judge:           M. James Lorenz
    a Washington professional         Magistrate Judge: Andrew G. Schopler
20  corporation; and KEN B. PRIVETT,  Complaint Filed:  July 25, 2017
    PLC, an Oklahoma limited liability Trial Date:      None set
21  company,
                                      **NO ORAL ARGUMENT UNLESS**
22              Defendants.           **REQUESTED BY THE COURT**

23

24

25       I, Robert M. Shaughnessy, declare:

26       1.    I am an attorney at law duly licensed to appear before all courts in the

27  State of California, and the United States District Court for the Southern District of

28  California.  I am Senior Counsel with the law firm of Klinedinst PC, attorneys of

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA  92101

record for Defendant SCHROETER GOLDMARK & BENDER, P.S. ("SGB"), in the above-captioned action.

2.     I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3.     Attached to the accompanying Request for Judicial Notice in Support of Special Motion to Strike Plaintiffs' First Amended Complaint ("RJN") as Exhibit "G" is a true and correct copy of the following newspaper article: Bruce Fessier, "*Lesson from attending timeshare presentation: If it sounds too good to be true...,*" The Desert Sun, June 12, 2017. I retrieved the copy of this article from the Desert Sun public website by accessing the website from my office computer's web browser program.

4.     Attached to the RJN as Exhibit "M" is a true and correct copy of a printout from Consumer Affairs entitled "Top 125 Reviews and Complaints about Welk Resort Group."  I retrieved the copy of this article from the Consumer Affairs public website by accessing the website from my office computer's web browser program.

5.     Attached to the RJN as Exhibit "N" is a true and correct copy of the following newspaper article: Gretchen Morgenson, *The Timeshare Hard Sell Comes Roaring Back,* The New York Times, January 22, 2016. I retrieved the copy of this article from the New York Times public website by accessing the website from my office computer's web browser program.

6.     Attached to the RJN as Exhibit "O" is a true and correct copy of a Welk Press Release dated July 27, entitled "Welk Resorts Files Suit Against Timeshare Exit Team for Widespread Racketeering Scheme to Defraud Vacation Owners, Members, and Companies." I retrieved the copy of this Press Release from the Business Wire public website by accessing the website from my office computer's web browser program.

/ / /

DECLARATION OF ROBERT M. SHAUGHNESSY ISO DEF. SCHROETER GOLDMARK & BENDER, P.S.'S
SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT [C.C.P. § 425.16]
3:17-cv-01499-L-AGS

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA  92101

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

7.     Attached to the RJN as Exhibit "P" is a true and correct copy of the following published journal article: Debra Cassens Weiss, *Timeshare operator's suit claims company acts as illegal referral service for law firms,* ABA Journal, July 27, 2017. I retrieved the copy of this article from the ABA Journal public website by accessing the website from my office computer's web browser program.

8.     Attached to the RJN as Exhibit "Q" is a true and correct copy of excerpts from the publicly accessible Diamond Resorts website.  I downloaded these web pages on September 25, 2017, using my office computer's web browser program.

9.     Attached to the RJN as Exhibit "R" is a true and correct copy of excerpts from the publicly accessible Westgate Resorts website. I downloaded these web pages on September 25, 2017, using my office computer's web browser program.

10.     I offer the following additional declaration testimony in compliance with the Standing Order for Civil Cases by the Hon. M. James Lorenz, United States District Judge ("Order").

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 3 -

11.     Prior to filing this motion, I contacted counsel for the other defendants in this case to determine whether or not any other defendant intended to file an anti-SLAPP motion seeking the same relief sought by SGB in the present motion. I learned that counsel for Defendant Ken B. Privett, PLC ("Privett") was contemplating the possible filing of such a motion.  I spoke personally with counsel for Privett on at least two separate occasions about this matter.  Based on my conversations, I understand that counsel's intention is to wait until SGB's motion has been filed, then review it to determine whether or not Privett could obtain the same relief by joining the motion, by filing a separate motion, or by some combination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, California on September 29, 2017.

/s/ Robert M. Shaughnessy
ROBERT M. SHAUGHNESSY

17075181v1

DECLARATION OF ROBERT M. SHAUGHNESSY ISO DEF. SCHROETER GOLDMARK & BENDER, P.S.'S
SPECIAL MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT [C.C.P. § 425.16]
3:17-cv-01499-L-AGS

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101