UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELK RESORT GROUP, INC. et al.,<br><br>                              Plaintiffs,<br>v.<br>REED HEIN &ASSOCIATES, LLC, et al.,<br><br>                              Defendants. | Case No.:  17cv1499-L(AGS)<br><br>**ORDER DENYING AS MOOT MOTIONS TO DISMISS AND STRIKE THE FIRST AMENDED COMPLAINT** |

     In light of Plaintiffs' filing of the second amended complaint *in lieu* of opposing them, the motions to dismiss first amended complaint filed by Defendants Reed Hein & Associates, LLC ("Reed Hein"), Ken B. Privett, PLC and Schroeter Goldmark & Bender, P.S. ("Schroeter"), respectively, and motions to strike filed by Schroeter and Reed Hein (docs. 18, 19, 20 & 24), are hereby denied as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  To the extent any Defendant intends to raise an issue of prevailing party attorneys' fees arising from the fact that certain causes

/ / / / /

1

of action alleged in the first amended complaint are not re-alleged in the second amended complaint, the issue shall be briefed in a Rule 54 motion for attorneys' fees, if any.

**IT IS SO ORDERED.**

Dated: October 30, 2017

_____
Hon. M. James Lorenz
United States District Judge