1  Heather L. Rosing, Bar No. 183986
   Gregor A. Hensrude, Bar No. 226660
2  Robert M. Shaughnessy, Bar No. 174312
   KLINEDINST PC
3  501 West Broadway, Suite 600
   San Diego, California 92101
4  (619) 239-8131/FAX (619) 238-8707
   hrosing@klinedinstlaw.com
5  ghensrude@klinedinstlaw.com
   RShaughnessy@klinedinstlaw.com
6
   Attorneys for Defendant
7  SCHROETER GOLDMARK &
   BENDER, P.S.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELK RESORT GROUP, INC., a California corporation; and WELK RESORTS PLATINUM OWNERS ASSOCIATION, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>REED HEIN & ASSOCIATES, LLC, dba TIMESHARE EXIT TEAM, a Washington limited liability company; SCHROETER GOLDMARK & BENDER, P.S., a Washington professional corporation; and KEN B. PRIVETT, PLC, an Oklahoma limited liability company,<br><br>Defendants. | Case No.  3:17-cv-01499-L-AGS<br><br>**NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT; REQUEST FOR ATTORNEY FEES AND COSTS**<br><br>**[CAL. CODE CIV. PROC. § 425.16]**<br><br>**SPECIAL BRIEFING SCHEDULE ORDERED [See Document 63]**<br><br>Courtroom:      5B<br>Judge:            M. James Lorenz<br>Magistrate Judge:  Andrew G. Schopler<br>Complaint Filed:  July 25, 2017<br>Trial Date:       None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, in accordance with the Court's Order

dated November 22, 2017 (Document 63), issued by the Honorable M. James

Lorenz, Courtroom 5B of the United States District Court for the Southern District

of California located at 221 West Broadway, Suite 5145, San Diego, California

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

92101, Defendant SCHROETER GOLDMARK & BENDER, P.S. ("SGB") will and hereby does move this Court for an order striking the Second Amended Complaint ("SAC") (Document 25) filed by Plaintiffs Welk Resort Group, Inc. and Welk Resorts Platinum Owners Association (collectively, "Welk"), and that such order deny leave to amend. In accordance with the Order permitting the filing of this motion, there is no assigned hearing date for this motion. Upon the filing of moving papers, any opposition papers, and any reply briefs, the matter shall be deemed submitted on the briefs. (Doc. 63, p. 4, l. 8.)

This motion is made and based on the grounds that each claim asserted by Welk against SGB in the SAC arises from acts in furtherance of the right of petition or free speech in connection with a public issue, protected under the United States Constitution and the California Constitution. (Cal. Code Civ. Proc. § 425.16(b)(1).) Welk's claims are, therefore, subject to a special motion to strike under California Code of Civil Procedure section 425.16(b)(1) (*see U.S. ex rel. Newsham v. Lockheed Missiles & Space Co.,* 190 F.3d 963, 972-73 (9th Cir. 1999).) This motion is made on the further grounds that Welk cannot establish a probability of prevailing on any of the theories and claims alleged within the SAC. (Cal. Code Civ. Proc. § 425.16(b)(1).)

This motion is timely brought in accordance with California Code Civil Procedure section 425.16(f) and Federal Rule of Civil Procedure Rule 56, and in accordance with the Court's Order permitting the filing of this motion. (Doc. 63.)

Moving defendant SGB further requests that, in addition to striking Plaintiffs' SAC without leave to amend, that the Court's order provide that SGB, as the party prevailing on the motion, is entitled to recover its attorneys' fees and costs. Such attorneys' fees and costs sought by SGB include the attorneys' fees and costs incurred in connection with SGB's present motion to strike the Second Amended Complaint as well as SGB's prior special motion to strike Plaintiffs' SAC as well as its prior motion to strike the First Amended Complaint (Document

24). Such attorneys' fees and costs will be determined by separate motion for attorneys' fees and/or by cost memorandum, to be heard and considered by the court at the appropriate time. (Cal. Code Civ. Proc. § 425.16(c)(1).)

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Robert M. Shaughnessy and Thomas Breen, the Notice of Lodgment and Request for Judicial Notice together, with all attachments, filed concurrently herewith, the pleadings and papers filed herein, and any oral argument presented at the time of hearing, should the court desire oral argument. There will be no oral argument unless requested by the Court.

KLINEDINST PC

DATED: December 4, 2017      By:  s/ Robert M. Shaughnessy
                                  Heather L. Rosing
                                  Gregor A. Hensrude
                                  Robert M. Shaughnessy
                                  Attorneys for Defendant
                                  SCHROETER GOLDMARK &
                                  BENDER, P.S.

17095126v2