Gabriel G. Hedrick (Bar No. 220649)
gabriel.hedrick@gmlaw.com
GREENSPOON MARDER LLP
One Columbia Place
401 West A Street, Suite 1150
San Diego, California 92101
Tel: (619) 544-6400

Richard W. Epstein (*Pro Hac Vice*)
richard.epstein@gmlaw.com
Jeffrey A. Backman (*Pro Hac Vice*)
jeffrey.backman@gmlaw.com
Eliot New (*Pro Hac Vice*)
eliot.new@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120

Attorneys for Plaintiffs
WELK RESORT GROUP, INC. and
WELK RESORTS PLATINUM OWNERS ASSOCIATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELK RESORT GROUP, INC., a California corporation; and WELK RESORTS PLATINUM OWNERS ASSOCIATION, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>REED HEIN & ASSOCIATES, LLC dba TIMESHARE EXIT TEAM, a Washington limited liability company; SCHROETER GOLDMARK & BENDER, P.S., a Washington professional corporation; and KEN B. PRIVETT, PLC, an Oklahoma limited liability company,<br><br>Defendants. | Case No. 3:17-cv-01499-L-AGS<br><br>**DECLARATION OF GABRIEL G. HEDRICK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SCHROETER GOLDMARK AND BENDER'S MOTION FOR ATTORNEYS' FEES AND COSTS AS PREVAILING PARTIES**<br><br>Date: May 6, 2019<br>Time: 10:30 a.m.<br>Ctrm: 5B<br>Judge: Hon. M. James Lorenz |

I, Gabriel G. Hedrick, declare as follows:

1. I have personal knowledge of the matters set forth herein, except for

those matters stated under information and belief of which I am informed and believe to be true. If called as a witness, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of California and am a member of the California State Bar. I am Senior Counsel with the law firm of Greenspoon Marder LLP, attorney of record for plaintiffs Welk Resort Group, Inc. and Welk Resorts Platinum Owners Association (collectively, "Welk" or "Plaintiffs") in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of the proof of service of summons filed on August 3, 2017 in *Holtzclaw, et al. v. Welk Resort Group, Inc., et al.*, Case No. 37-2017-00026666-CU-BT-NC.

4. Attached hereto as Exhibit B is a true and correct copy of an order entered October 24, 2018 denying defendants' motions to dismiss in *Orange Lake Country Club, Inc., et al. v. Reed Hein & Associates, LLC, Shroeter Goldmark & Bender, P.S., et al.*, Case No. 6:17-cv-1542-ORL-31DCI.

5. Attached hereto as Exhibit C is a true and correct copy of an order entered October 29, 2018 denying SGB's motion for protective order in *Orange Lake Country Club, Inc., et al. v. Reed Hein & Associates, LLC, Shroeter Goldmark & Bender, P.S., et al.*, Case No. 6:17-cv-1542-ORL-31DCI.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 22nd day of April, 2019.

*/s/ Gabriel G. Hedrick*
Gabriel G. Hedrick

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 22nd day of April 2019 at San Diego, California.

*/s/ Gabriel G. Hedrick*
Gabriel G. Hedrick